# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| **In re: Agata Pogorzelska** | ) | **22 B 05849** |
| | ) | |
| | ) | |
| Debtor(s) | ) | **Judge Baer** |

*NOTICE OF MOTION AND CERTIFICATE OF SERVICE*

Agata Pogorzelska  
366 N Edgewood Avenue  
Wood Dale, IL  60191-1632

John Haderlein  
815-C Country Club Drive  
Libertyville, IL  60048

Please take notice that on June 3, 2022 at 9:30 AM a representative of this office shall appear before the Honorable Judge Janet S. Baer, or other Judge sitting in her place, and present this motion, a copy of which attached.

**This motion will be presented and heard electronically using Zoom for Government. No personal appearance is necessary or permitted. To appear and be heard for the motion, you must do the following:**

**To appear by video, use this link: https://zoomgov.com/** then enter the meeting ID and passcode.

**To appear by telephone, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666, then enter the meeting ID and passcode.**

**Meeting ID and Passcode: The Meeting ID for this hearing is 160 731 2971 and the Passcode is 5876561**

**IF A PARTY OBJECTS TO THIS MOTION AND WANTS IT TO BE CALLED, THE PARTY MUST FILE A NOTICE OF OBJECTION NO LATER THAN TWO (2) BUSINESS DAYS BEFORE THE PRESENTMENT DATE. If a notice of objection is timely filed, the motion will be called on the presentment date. If no notice of objection is timely filed, the court may grant the motion in advance without a hearing.**

I certify that this office caused a copy of this notice to be delivered to the above listed attorney through the CM/ECF system and to the debtor by depositing it in the U.S. Mail on May 24, 2022

/s/ Glenn Stearns  
Glenn Stearns, Trustee

Glenn Stearns, Chapter 13 Trustee  
801 Warrenville Road, Suite 650  
Lisle, IL  60532   (630) 981 3888

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**In re: Agata Pogorzelska**           )           **22 B 05849**
                                       )
                                       )
           Debtor(s)                   )           **Judge Baer**

MOTION TO DISMISS AND REQUEST FOR 180 DAY BAR TO REFILING

Now Comes Glenn Stearns, Chapter 13 Trustee, requesting dismissal of the above case with a 180 Day bar to Refiling pursuant to 11 U.S.C. Sections 109(g), 1307(c) and 349(a) and in support thereof, states the following:

1. On May 22, 2022, the debtor filed a petition under Chapter 13.

2. This is the debtor's third Chapter 13 bankruptcy filing in eighteen months.

3. A summary of the debtor's filing history is shown below.

| Case | Filed | Outcome |
|---|---|---|
| 20 B 20586 | 11/23/2020 | Dismissed for default in plan payments October 1, 2021. The debtor made less than six of ten plan payments. |
| 21 B 13636 | 11/30/2021 | This case is pending; the plan was confirmed February 18. Wilmington Trust was granted relief from the automatic stay on March 18 and the trustee's motion to dismiss for default was continued from May 20 to June 3. |
| 22 B 05849 | 05/22/2022 | Debtor's current case. |

4. The debtor currently has an open, pending Chapter 13 case, 21 B 13636.

5. A debtor may not simultaneously maintain two bankruptcy cases. In re Sidebottom, 430 F.3d 893 (7th Cir. 2005), In re McDaniels, 213 B.R. 197, 199 (Brktcy. M.D. Ga. 1997), *citing* Freshman v. Atkins, 269 U.S. 121 (1925), Transamerica Credit Corp. v. Bullock (In re Bullock), 206 B.R. 389, 392-93 (Bkrtcy. E.D. Va. 1997).

6. This case was filed in bad faith to avoid the effects of §§109(g) and 362(c).

7. This Chapter 13 case must be dismissed.

8. The debtor's failure to comply with the Bankruptcy Code and properly prosecute this case in the debtor's third Chapter 13 filing in eighteen months demonstrates that the debtor has filed this case in bad faith and has no ability or intention to complete a Chapter 13 plan.

9. Section 349(a) allows a bankruptcy court to bar future filings if cause exists to do so.

10. Dismissal with prejudice is proper for bad faith, serial filing cases. In re Standfield, 152 B. R. 528 (Bankr. N.D. Ill 1993). In re Herrera, 194 B.R. 178 (Bankr. N.D. Ill 1996).

WHEREFORE, the Trustee prays that this case be dismissed for cause pursuant to Section 1307 (c) and the debtor barred from filing any other bankruptcy case for 180 days pursuant to Sections 109 (g) and 349(a), and for such other and further relief as this court deems proper.

Respectfully Submitted;
Glenn Stearns, Trustee


/S/ Glenn Stearns
By: Glenn Stearns


Glenn Stearns, Chapter 13 Trustee
801 Warrenville Rd., Suite 650
Lisle, IL 60532
(630) 981 3888